DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

ALBERTO GONZALEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0253

————————————————

February 20, 2026

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Alberto Gonzalez, pro se.

James Uthmeier, Attorney General, and J. Wade Stidham Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

SILBERMAN, KELLY, and LaROSE, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.